AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Justin Mills

*Plaintiff(s)*

v.

Anne Arundel County MD, Officer Douglas Bilter, Officer Kyle Shapelow, Anne Arundel County Police, Christopher Coulter, Giorgio Isella, The Cordish Companies, Inc, PPE Casino Resorts MD, LLC Jane Doe

*Defendant(s)*

Civil Action No. 8:15-cv-00495-PWG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Douglas Bilter
8495 Veterans Highway
Millersville, Maryland 21108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Abraham F. Carpio, Esquire.
CARPIO LAW FIRM, LLC
3311 Toledo Terrace. Suite B-201
Hyattsville, Maryland 20782

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/24/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland ▼

| | |
|---|---|
| Justin Mills <br> *Plaintiff(s)* <br> v. <br> Anne Arundel County MD,Officer Douglas Bilter,Officer Kyle Shapelow,Anne Arundel County Police,Christopher Coulter,Giorgio Isella,The Cordish Companies, Inc,PPE Casino Resorts MD,LLC,Jane Doe <br> *Defendant(s)* | Civil Action No. 8:15-cv-00495-PWG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Kyle Shapelow
8495 Veterans Highway
Millersville, Maryland 21108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Abraham F. Carpio, Esquire.
> CARPIO LAW FIRM, LLC
> 3311 Toledo Terrace. Suite B-201
> Hyattsville, Maryland 20782

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/24/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| Justin Mills | ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 8:15-cv-00495-PWG |
| Anne Arundel County MD,Officer Douglas Bilter,Officer Kyle Shapelow,Anne Arundel County Police,Christopher Coulter,Giorgio Isella,The Cordish Companies,Inc,PPE Casino Resorts MD,LLC,Jane Doe | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Anne Arundel County Police Headquarters
8495 Veterans Highway
Millersville, Maryland 21108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Abraham F. Carpio, Esquire.
CARPIO LAW FIRM, LLC
3311 Toledo Terrace. Suite B-201
Hyattsville, Maryland 20782

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/24/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Justin Mills <br> *Plaintiff(s)* <br> v. <br> Anne Arundel County MD, Officer Douglas Bilter, Officer Kyle Shapelow, Anne Arundel County Police, Christopher Coulter, Giorgio Isella, The Cordish Companies, Inc, PPE Casino Resorts MD, LLC, Jane Doe <br> *Defendant(s)* | Civil Action No. 8:15-cv-00495-PWG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Christopher Coulter
7002 Arundel Mills Circle Suite 7777
Hanover, Maryland 21076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Abraham F. Carpio, Esquire.
CARPIO LAW FIRM, LLC
3311 Toledo Terrace. Suite B-201
Hyattsville, Maryland 20782

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/24/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Justin Mills

*Plaintiff(s)*

v.

Anne Arundel County MD, Officer Douglas Bilter, Officer Kyle Shapelow, Anne Arundel County Police, Christopher Coulter, Giorgio Isella, The Cordish Companies, Inc, PPE Casino Resorts MD, LLC Jane Doe

*Defendant(s)*

Civil Action No. 8:15-cv-00495-PWG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Giorgio Isella
7002 Arundel Mills Circle Suite 7777
Hanover, Maryland 21076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Abraham F. Carpio, Esquire.
CARPIO LAW FIRM, LLC
3311 Toledo Terrace. Suite B-201
Hyattsville, Maryland 20782

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/24/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland ☒

Justin Mills

*Plaintiff(s)*

v.

Anne Arundel County MD, Officer Douglas Bilter, Officer Kyle Shapelow, Anne Arundel County Police, Christopher Coulter, Giorgio Isella, The Cordish Companies, Inc, PPE Casino Resorts MD, LLC Jane Doe

*Defendant(s)*

Civil Action No. 8:15-cv-00495-PWG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Cordish Companies, Inc.
Resident Agent: RC Ventures, Inc.
601 East Pratt Street. 6th Floor
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Abraham F. Carpio, Esquire.
CARPIO LAW FIRM, LLC
3311 Toledo Terrace. Suite B-201
Hyattsville, Maryland 20782

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/24/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland ▼

Justin Mills

*Plaintiff(s)*

v.

Anne Arundel County MD,Officer Douglas Bilter,Officer Kyle Shapelow,Anne Arundel County Police,Christopher Coulter,Giorgio Isella,The Cordish Companies, Inc,PPE Casino Resorts MD,LLCJane Doe

*Defendant(s)*

Civil Action No. 8:15-cv-00495-PWG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PPE Casino Resorts Maryland, LLC
Resident Agent: CSC-Lawyers Incorporating Service Company
7 Saint Paul Street. Suite 820
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Abraham F. Carpio, Esquire.
CARPIO LAW FIRM, LLC
3311 Toledo Terrace. Suite B-201
Hyattsville, Maryland 20782

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/24/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Justin Mills

*Plaintiff(s)*

v.

Anne Arundel County MD,Officer Douglas Bilter,Officer Kyle Shapelow,Anne Arundel County Police,Christopher Coulter,Giorgio Isella,The Cordish Companies,Inc,PPE Casino Resorts MD,LLC,Jane Doe

*Defendant(s)*

Civil Action No.   8:15-cv-00495-PWG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Anne Arundel States Attorneys Office
8 Church Circle
Annapolis, Maryland 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Abraham F. Carpio, Esquire.
CARPIO LAW FIRM, LLC
3311 Toledo Terrace. Suite B-201
Hyattsville, Maryland 20782

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    02/24/2015

*Signature of Clerk or Deputy Clerk*