**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| **JUSTIN MILLS,** | : |
| | : |
| **Plaintiff** | : |
| | : |
| vs. | :   **CASE NO: 8:15-cv-495** |
| | : |
| **ANNE ARUNDEL COUNTY** | : |
| **MARYLAND,** *et al.*, | : |
| | : |
| **Defendants.** | : |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as Co-Counsel for the Plaintiff, Justin Mills. I certify that I am admitted to practice in this court.

                                                Respectfully submitted,

                                                _____/S/_____
                                                Jonathan R. Carroll, 17711
                                                **Jezic, Krum & Moyse, LLC**
                                                2730 University Boulevard West, Suite 604
                                                Wheaton, Maryland  20902
                                                (240) 292-7200
                                                JonathanCarroll@JKMFirm.com
                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY Certify that on this 8th day of July, 2015 I caused the following Entry of Appearance to be served via this Court's electronic filing system upon:

Jay H Creech
2660 Riva Road, Fourth Floor
Annapolis, MD 21401
4102227888
Fax: 4102227835
Email: jay.creech@aacounty.org
*Attorney for Defendants Anne Arundel County, Douglas Bilter, and Kyle Shapelow*


Jennifer E Cameron
Marks ONeill OBrien, Doherty, and Kelly PC
600 Baltimore Ave Ste 305
Towson, MD 21204
14103396880
Fax: 14103396881
Email: jcameron@mooclaw.com
*Counsel for Defendant The Cordish Companies and PPE Casino Resorts Maryland, LLC*

and via first class mail, postage prepaid upon the following:

Christopher Coulter
(Individually and as Agent of co-defendant, The Cordish Companies, Inc.
7002 Arundel Mills Circle Suite 7777
Hanover, MD 21076

    and

Giorgio Isella
(Individually and as Agent of co-Defendant,
The Cordish Companies, Inc.);
601 East Pratt Street
Suite 600
Baltimore, Maryland 21202

        _____/S/_____
        Jonathan R. Carroll, 17711