# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Justin Mills** | **CASE NO.: 8:15-cv-495 RDB** |
| Plaintiff | |
| v. | |
| **Anne Arundel County Maryland, et al.** | |
| Defendants | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Please ENTER the appearance of Michelle J. Marzullo of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. on behalf of Defendant PPE Casino Resorts Maryland, LLC (t/n Maryland Live! Casino) in the above-captioned matter.

Respectfully submitted,

                      **MARKS, O'NEILL, O'BRIEN**
                          **DOHERTY & KELLY, P.C.**

                      */s/   Michelle J. Marzullo*
                      Michelle J. Marzullo
                      Patricia H. Beall
                      600 Baltimore Avenue, Suite 305
                      Towson, MD 21204
                      (410) 339-6880
                      *Attorney for Defendant, PPE Casino*
                      *Resorts Maryland, LLC (t/n Maryland Live!*
                      *Casino)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2016, a copy of the foregoing Substitution of Counsel was electronically transmitted or mailed first class, postage pre-paid to:

Abraham Fernando Carpio
Prince George's Professional Park
3311 Toledo Terrace
Suite B-201
Hyattsville, MD 20782
*Attorneys for Plaintiff*

Jay H. Creech
Nancy Duden
Anne Arundel County Maryland
2660 Riva Road, 4th Floor
Annapolis, MD 21401
*Attorneys for Defendants*
*Anne Arundel County, Bilter, and Shapelow*

Giorgio Isella
601 East Pratt Street
Suite 600
Baltimore, MD 21202

Christopher Coulter
7002 Arundel Mills Circle
Suite 7777
Hanover, MD 21076

                                                         __/s/_____
                                                         Patricia H. Beall