# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**                                                        **U.S.Courthouse - Chambers 5D**
**Richard D. Bennett**                                                  **101 W. Lombard Street**
**United States District Judge**                                       **Baltimore, MD 21201**
**Northern Division**                                                   **Tel:  410-962-3190**
                                                                        **Fax: 410-962-3177**

March 6, 2017

## <u>LETTER ORDER</u>

TO COUNSEL OF RECORD

RE:   *Justin Mills v. PPE Casino Resorts Maryland, LLC, et al.*
      <u>Civil RDB-15-0495</u>

Dear Counsel:

This will confirm the telephone conference of today as summarized in the letters from counsel for the Plaintiff Mills and the Defendants Bilter and Shapelow (ECF#s 116 & 117). As a result of this telephone conference, the plaintiff shall provide his  computer so as to provide access to the original audio and video recording of the events of February 21, 2014 which is at issue in this case.  The plaintiff shall provide this computer by 5:00 p.m. Thursday, March 16, 2017 after his counsel has deleted any private files unrelated to this case.  There shall be no further editing or deletion with respect to any audio or video recording of the incident.

The present Scheduling Order of September 29, 2016 (ECF#96) is modified as follows:

|  |  |
|---|---|
| **Dispositive Motions** | **Deadline remains April 1, 2017** |
| **Motions Hearing** | **June 27, 2017 at 10:00 a.m.** |
| **Pretrial Conference** | **August 1, 2017 at 3:00 p.m.**<br>**(Out of State Counsel can participate via** |

**telephone.)**

**Jury trial (4 days)**                    **August 7, 2017**

Presently pending before this Court is the Motion of the Plaintiff Mills to Dismiss the

Counterclaim of the Defendant Coulter (ECF#93).  That issue has been fully briefed and

will be addressed shortly by the Court without the need of a hearing.  Local Rule 105.6(D

Md. 2016)

Although informal in format, this letter nonetheless constitutes an order of court and

the Clerk is directed to docket it as such.


Sincerely,

 /s/

Richard D. Bennett
United States District Judge


RDB/klf