## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

**U.S.Courthouse - Chambers 5D**  
**101 W. Lombard Street**  
**Baltimore, MD 21201**  
**Tel: 410-962-3190**  
**Fax: 410-962-3177**

March 13, 2017

### LETTER ORDER

TO: COUNSEL OF RECORD

RE:   *Mills v. PPE Casino Resorts Maryland, LLC, et al.*  
        Civil No. RDB-15-0495

Dear Counsel:

This will confirm that in light of the letter request to modify the scheduling order (ECF#119), the Scheduling Order is REVISED as follows:

| | |
|---|---|
| **Pretrial Conference** | August 28, 2017 at 3:00 p.m. in Chambers 5D (Out of State Counsel can participate via telephone) |
| **Jury Trial** | September 5, 2017 in Courtroom 5D |

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett  
United States District Judge