# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JUSTIN MILLS.** <br><br>            Plaintiff <br><br>   v. <br><br> **PPE CASINO RESORTS MARYLAND, LLC,** *et al.,* <br><br>            Defendants | **CASE NO.: RDB-15-0495** |

## DEFENDANT PPE CASINO RESORTS MARYLAND, LLC AND DEFENDANT/COUNTER-PLAINTIFF CHRISTOPHER COULTER'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant PPE Casino Resorts Maryland, LLC ("PPE") and Defendant/Counter-Plaintiff Christopher Coulter ("Coulter") hereby file this Motion for Partial Summary Judgment. In support of this Motion, Defendants refer this Court to their attached Memorandum of Points and Authorities.

Respectfully submitted,

MARKS, O'NEILL, O'BRIEN,
   DOHERTY & KELLY, P.C

By:   */s/ Patricia H. Beall*
        Michelle J. Marzullo #26562
        Patricia H. Beall #29593
        600 Baltimore Avenue, #305
        Towson, Maryland  21204
        (410) 339-6880
        *Attorneys for Defendant/Counter-Plaintiff Christopher Coulter and Defendant PPE Casino Resorts Maryland, LLC*

{MD124350.1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of March 2017, a copy of Defendant PPE Casino Resorts Maryland, LLC and Defendant/Counter-Plaintiff Christopher Coulter's Motion for Partial Summary Judgment, Memorandum of Law, and Proposed Order was e-filed and/or mailed to:

| | |
|---|---|
| Abraham Fernando Carpio<br>Prince George's Professional Park<br>3311 Toledo Terrace<br>Suite B-201<br>Hyattsville, MD 20782<br><br>Robert Nersesian<br>528 South 8th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | Jay H. Creech<br>Anne Arundel County Office of Law<br>2660 Riva Road, 4th Floor<br>Annapolis, MD 21401<br>*Attorney for Defendants*<br>*Bilter & Shapelow* |

                                                */s/ Patricia H. Beall*
                                                Patricia H. Beall