UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**  **U.S. COURTHOUSE - CHAMBERS 5D**
**RICHARD D. BENNETT**  **101 W. LOMBARD STREET**
**UNITED STATES DISTRICT JUDGE**  **BALTIMORE, MD 21201**
**NORTHERN DIVISION**  **TEL: 410-962-3190**
  **FAX: 410-962-3177**

April 12, 2017

**LETTER ORDER**

To Counsel of Record:   *Mills v. PPE Casino Resorts Maryland, LLC et al.*
  Civil Action No. RDB-15-0495

Dear Counsel:

This letter confirms the results of today's teleconference regarding the discovery dispute that had arisen among the parties. *See* ECF Nos. 124, 125.

As discussed, counsel for plaintiff shall confer with Mr. Mills to ensure that the most complete and unedited version of the audio recording has been produced. Failure to produce the most complete and unedited version of the recording may result in a spoliation instruction and/or sanctions pursuant to the Federal Rules of Civil Procedure.

In addition, discovery is extended <u>for the sole purpose</u> of allowing the parties to produce expert reports regarding plaintiff's possible spoliation of the audio recording. Defendants Bilter and Shapelow may produce to plaintiff their expert report on this matter by **Thursday, April 27, 2017**. Plaintiff may produce an expert report in response by **Friday, May 12, 2017**. <u>No further discovery will be permitted</u>.

Finally, the Court notes that a Motions Hearing is currently scheduled for **June 27, 2017**. The parties are advised that it may be necessary to conduct this hearing at an earlier date. The Court will notify the parties promptly if such an adjustment proves necessary.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

_____/s/_____
Richard D. Bennett
United States District Judge