# NERSESIAN & SANKIEWICZ

ATTORNEYS AND COUNSELORS
528 SOUTH EIGHTH STREET
LAS VEGAS, NEVADA 89101

ROBERT A. NERSESIAN[1]
THEA MARIE SANKIEWICZ[1]

PHONE: (702) 385-5454
FAX: (702) 385-7667
E-MAIL: VEGASLEGAL@AOL.COM

[1] LICENSED IN NEVADA AND MICHIGAN

April 21, 2017

Mr. Michael Brown
Chambers of the Hon. Richard D. Bennett
United States District Court
101 W. Lombard St.
Baltimore, Maryland 21201

Re: *Mills v. PPE Casino Resorts, et al*, case no. RDB-15-495

Dear Mr. Brown:

Per our conversation enclosed are two copies of the DVD referred to (and labeled on the enclosures) as "Lodged Video" in Mr. Mills' summary judgment papers together with the Notice of Lodging relative to this DVD. As discussed, I understand you will assure that this evidence is with the file with Judge Bennet's chambers as well as with the court as part of the record. Thank you so much for your assistance in this respect.

Also enclosed is a DVD providing an exact copy of the video and audio recording referred to (and labeled on the enclosure as) "Public video/audio" which is a second recording cited to in Mr. Mills' summary judgment papers. This is for ease of use and reference for the Judge and staff.

The defendants' attorneys are in possession of the Lodged Video DVD. They also have access to the public video/audio through YouTube. My review of the docket does not appear to disclose anything in the record sealing or otherwise limiting disclosure of these items. With this correspondence, I am also providing the defendants' attorneys with a DVD of the Public video/audio for their convenience.

Please call with any questions or comments. Thank you for your attention.

Very truly yours,
Nersesian & Sankiewicz

*Robert A. Nersesian*

enc

cc  Fernando Carpio, Esq.
    Jay Creech, Esq. w/enc
    Patricia Beall, Esq. w/enc
    Client
    Mr. Michael Brown, via email w/o enc

RAN.sm