# EXHIBIT 6

# EXHIBIT 6

Case 1:15-cv-00495-RDB   Document 127-7   Filed 04/14/17   Page 2 of 5



Case 1:15-cv-00495-RDB   Document 127-7   Filed 04/14/17   Page 3 of 5



Case 1:15-cv-00495-RDB   Document 127-7   Filed 04/14/17   Page 4 of 5



Case 1:15-cv-00495-RDB   Document 127-7   Filed 04/14/17   Page 5 of 5

