# EXHIBIT 9

# EXHIBIT 9

Maryland Live! Casino                    Security Department Procedural Manual

| MARYLAND LIVE! CASINO Licensee: | STANDARD OPERATING PROCEDURES |
|---|---|
| | Section: Security |
| | No.: 007 |
| | Title: Ejection, Eviction, Detention, Searches and Holding Room |

DATE SUBMITTED TO THE MLGCC: 3/30/12     DATE APPROVED BY THE MLGCC: 5/17/12
DATE SUBMITTED TO THE MLGCC: 1/28/13     DATE APPROVED BY THE MLGCC: 3/28/13
DATE SUBMITTED TO THE MLGCC: 6/11/13     DATE APPROVED BY THE MLGCC: 6/27/13

## 1.0 EJECTION and EVICTION

To provide a uniform method of recording Ejections and Evictions, a Security Incident Report shall be submitted whenever a person is ejected or evicted from Maryland Live! Casino.

An ejection is defined as a removal from the casino for the remainder of the gaming day. This will be conducted for minor violations such as intoxicated patron, disorderly patron, loitering, etc. Security will complete a report on an ejection, but will not include the reading of the Eviction Notice.

An eviction is a more formal process and is reserved for more serious behaviors that include , but are not limited to:

1) Perpetrator of a theft who has been detained with or without a complaint signed by a victim.
2) Assault on an employee or another patron.
3) Other behaviors that could compromise the safety, security or tranquility of other patrons or employees.
4) Attempting to facilitate entry to an underage individual.
5) Any offense that requires notification to law enforcement.

When receiving an ejection or eviction notification from a supervisory employee, security will:

1) Immediately contact Surveillance and the Security Supervisor/Security Shift Manager. Give location and patron description.
2) Do not approach patron; wait for supervisor to arrive.
3) Supervisor will be briefed by the supervisory employee on patron and problem.
4) Before approaching patron, Security Supervisor will contact Surveillance to ensure camera coverage.
5) Supervisor will approach patron and advise them of the problem or offense and notify the patron of the ejection/eviction. The supervisor will make the determination of whether to eject of evict the patron.

**Maryland Live! Casino**                    **Security Department Procedural Manual**

6) When any incident occurs which could lead to an ejection/eviction, the Security Supervisor will obtain information and investigate the incident to determine if ejection/eviction is required.

7) If an ejection/eviction of a patron(s) is required, the Security Supervisor will escort patron(s) to the holding room and Security Supervisor/Dispatcher will contact Surveillance immediately that patron is in the room. If only an ejection is required, the Security Supervisor will obtain the name of the patron for reporting purposes and may elect to forgo the holding room step.

8) The person being detained will be patted down for any possible weapons only if there is probable cause to believe that the person is in possession of a weapon. Officers of the same gender of detained person should perform pat down.

9) For anyone being evicted, the Security Shift Manager, Shift Supervisor or other supervisory personnel will read the individual the eviction notice and ask the individual to sign the notice (patron does not have to sign the report). The notice will not be read to patrons being ejected.

10) Ideally, this reading will take place in the holding room so that it can be video and audio recorded for possible future prosecution.

11) When feasible, a photo will be taken of the individual who is being evicted.

12) An incident report must be completed, signed and submitted for review.

Casino staff should never physically remove a patron against their will for an ejection/eviction unless required to do so to prevent injury to guests or employees or to prevent property damage. If the patron that is being evicted begins to leave the area, you can read them the Eviction Notice while the subject leaves the premises. If a patron refuses to leave upon being told they are ejected/evicted, security staff should notify law enforcement who can remove the person. The Security Incident Report shall be compiled immediately following the ejection/eviction or detention of the patron. Explain in detail the events which led up to the ejection/eviction.

A Security Officer is never to decide if a patron will be ejected/evicted. This decision is the responsibility of the Security Shift Manager / Shift Supervisor or their designee. The Security Shift Manager/Shift Supervisor should consult with the Gaming Operations Manager, when feasible.

The eviction list shall be kept in chronological order by the last name of the evicted person. Copies of the Eviction List shall be accessible to the following departments of the Casino:

1) Player's Club
2) Security Department
3) Surveillance
4) Casino Finance (Cage and Credit)
5) Marketing
6) Slot Operations

# 1.2 TIME PERIOD OF EJECTION and EVICTION

Approved: K. Shinham                                              Page 26

**Maryland Live! Casino**                    **Security Department Procedural Manual**

Ejections are limited to the remainder of the gaming day. All evictions will be for a seven (7) day period to allow the Responsible Gaming Committee to determine the length of the ejection based on the totality of the circumstances. A certified letter will then be sent to the evicted patron informing them of the length of their eviction.   The player tracking system will be updated to indicate the evicted person may not receive mail from Maryland Live! Casino and their player card will not function anywhere on the property for the duration of the eviction.

## 1.3 READMISSION AFTER EJECTION

Any evicted person seeking readmission before their eviction term has expired, must submit a written request to the Casino. In the evaluation of a written request for readmission, Maryland Live! will take into account the following information:

1)  The reason for the eviction.
2)  The past history of the evicted person.
3)  Any outstanding criminal charges arising from the events that led to the eviction.
4)  Any outstanding debt owed to the Maryland Live! Casino.

Applications for readmission must be approved by the Responsible Gaming Committee. In the event that readmission to the Casino is granted to a previously evicted person, his/her name will be removed from the eviction list.

This process will not apply to persons who have placed themselves on the Casino self-exclusion list.

The following departments will be notified of a person's readmission and removal from the eviction list:

1)  Player's Club
2)  Reservations
3)  Security
4)  Surveillance
5)  Casino Finance (Cage and Credit)
6)  Marketing
7)  Slot Operations

Agents of the COMMISSION assigned to the Casino will be made aware of the readmission of any previously evicted person.

An annual report describing the operation of the Maryland Live! Casino Eviction Policy shall be prepared and submitted to the Commission.

Approved: K. Shinham                                      Page 27