IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAYRLAND

| | |
|---|---|
| JUSTIN MILLS, | : |
| Plaintiff | : |
| | : CASE NO: 1:15:-cv-00495-RDB |
| vs. | : |
| ANNE ARUNDEL COUNTY MARYLAND, et al | : |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

### STIPULATION FOR DISMISSAL

NOW COME the parties hereto, and pursuant to Fed. R. Civ. P. 41, herewith stipulate to dismissal of the within action with prejudice, each party to bear their own costs and attorney's fees. This stipulation is made attendant to a settlement in total of all claims, cross-claims, and counterclaims, filed or accrued, between the parties hereto. This stipulation may be executed in counterparts.

Dated this 22 day of ~~July~~ August, 2017

Nersesian & Sankiewicz

_____
Robert A. Nersesian, Nev. Bar 2762
528 S. 8th
Las Vegas, NV 89101
(702) 385-5454
vegaslegal@aol.com
*Pro hac vice counsel for Plaintiff*

Carpio Law Firm, LLC

_____ (w/permission, RAN)
Abraham F. Carpio, Bar No. 25443
Carpio Law Firm, LLC
Prince George's Professional Park
3311 Toledo Terrace, Sute B 201
Hyattsville, MD 20728
(301) 559-8100
carpiolaw@gmail.com
*Counsel for Plaintiff*

*Signatures continued on next page*

| | |
|---|---|
| Anne Arundel County Office of Law | Marks, O'Neil, et al |
| _____ | _____ |
| Jay H. Creech | Patricia H. Beal |
| Senior Assistant County Attorney | Bar No. 29593 |
| Bar No. 00839 | 600 Baltimore Ave, Ste. 305 |
| 2660 Riva Road, 4th Floor | Towson, Maryland 21204 |
| Annapolis, MD 21401 | (410) 339-6880 |
| (301) 559-8100 | *Attorneys for Defendants Christopher* |
| *Attorney for Defendants, Bilter and Shapelow* | *Coulter and PPE Casino Resorts, Maryland* |

## ORDER OF DISMISSAL

The court having reviewed the foregoing stipulation and being otherwise fully advised in the premises,

NOW THEREFORE,

IT IS HEREBY ORDERED AND ADJUDGED that the within action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated this _____ day of August, 2017

_____
United States District Court Judge